UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LISCANO,<br><br>              Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. 1:18-cv-0431-BAM<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND NEW CASE DOCUMENTS |

Plaintiff Bernard Liscano is appearing *pro se* in this action against the Commissioner of Social Security filed on March 29, 2018. On that same day, Plaintiff filed an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2). On April 2, 2018, the Court found that Plaintiff's application was insufficient to demonstrate that he is entitled to proceed without prepayment of fees in this action, and therefore ordered Plaintiff to complete and file a "Long Form Application to Proceed in District Court Without Prepaying Fees or Costs – AO 239." (ECF No. 3). In lieu of submitting a long form IFP application, Plaintiff paid the $400 filing fee.

Accordingly, having received Plaintiff's filing fee, IT IS HEREBY ORDERED THAT the Clerk of Court is DIRECTED to issue the following:

    a.    Summons; and

    b.    New Social Security Case Documents;

**Plaintiff is cautioned that he must achieve service of process within the time period set forth in Fed. R. Civ. P. 4 or the matter may be dismissed**.

IT IS SO ORDERED.

Dated: **April 24, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE