# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LISCANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00431-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE February 15, 2019** |

On March 29, 2018, Plaintiff Bernard Liscano filed a complaint seeking review of the Commissioner of Social Security's denial of his social security benefits. (Doc. No. 1.) On April 25, 2018, this Court entered a scheduling order in this action. (Doc. No. 7.) Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 95 days from the date of service of the administrative record by Defendant. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. *See* Local Rule 110.

A review of the docket reveals that the administrative record was filed and served on September 6, 2018. (Doc. No. 11.) Plaintiff's opening brief was therefore due no later than December 10, 2018. To date, Plaintiff has not filed his opening brief.

1      Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **February 15, 2019.** Plaintiff may also comply with this order by filing his opening brief. Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

   Dated:   **January 29, 2019**           /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE