# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BERNARD LISCANO, | Case No. 1:18-cv-00431-BAM |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. Nos. 7, 17) |
| | **RESPONSE DUE April 19, 2019** |

On March 29, 2018, Plaintiff Bernard Liscano filed a complaint seeking review of the Commissioner of Social Security's denial of his social security benefits. (Doc. No. 1.) On April 25, 2018, the Court issued an Order re Consent or Request for Reassignment requiring the parties to complete and return a Consent to Assignment or Request for Reassignment form within ninety (90) days. (Doc. No. 7.) Plaintiff was served with a copy of the order by mail on April 25, 2018. However, Plaintiff did not file a valid form consenting to Magistrate Judge jurisdiction or requesting reassignment to a District Judge despite appearing in this action.

Accordingly, on February 14, 2019, the Court issued an order requiring Plaintiff to complete and return a consent or request for reassignment form within thirty (30) days. (Doc. No. 17.) Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. *See* Local Rule 110.

1

However, a review of the docket reveals that Plaintiff has not yet filed a valid form consenting to Magistrate Judge jurisdiction or requesting reassignment to a District Judge.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's orders and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **April 19, 2019.** Plaintiff may comply with this order by filing his consent or request for reassignment form. The Clerk of the Court is therefore directed to send Plaintiff a copy of the consent or request for reassignment form and the instructions for consent to Magistrate Judge jurisdiction.

**<u>Plaintiff is forewarned that failure to respond to this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.</u>**

IT IS SO ORDERED.

Dated: **April 1, 2019**           /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE